■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WELLS, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on June 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Asch, Kassal and Wallach, JJ.